*KN/KK/JJ86*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM LEON BOULDIN, JR., | ) | No. ED CV 08-00217-CJC (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| POULOS, et al., | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: _August 14, 2008_

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE